FILED
CLERK, U.S. DISTRICT COURT

04/05/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>MARIA MENDEZ,<br><br>　　　　Defendant. | ED CR No. 5:23-cr-00061-JGB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1708: Possession of Stolen Mail and Mail Theft] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1708]

On or about May 10, 2020, in San Bernardino County, within the Central District of California, defendant MARIA MENDEZ unlawfully possessed mail, mail matter, and articles that had been contained within the mail, that had been stolen, taken, embezzled, and abstracted from the United States mail, namely, five Target gift cards, which had been contained in pieces of mail addressed to individuals in Upland, California, and Ontario, California, and at that time and place, defendant MENDEZ knew that said mail, mail matter, and articles were stolen, taken, embezzled and abstracted.

COUNT TWO

[18 U.S.C. § 1708]

On or about September 9, 2020, in San Bernardino County, within the Central District of California, defendant MARIA MENDEZ stole, took, and abstracted mail, mail matter, and articles contained within the mail, namely, an In-N-Out Burger gift card and a TJ Maxx/Marshalls/Home Goods gift card, from and out of a post office, letter box, mail receptacle, mail route and authorized depository for mail matter, namely, Mountain Plaza Pharmacy in Upland, California, with the intent to deprive the owners of the mail and mail matter, temporarily and permanently, of its use and benefit.

A TRUE BILL

/S/

Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

TRITIA L. YUEN
Assistant United States Attorney
Riverside Branch Office

2